IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOSE LOPEZ ALATORRE                                           PLAINTIFF

VS.                                         CIVIL ACTION NO. 5:08cv209DCBMTP

CONSTANCE REESE, et al.                                    DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment [14] should be granted and that Plaintiff's claims should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment [14] is granted and Plaintiff's claims are dismissed without prejudice for Plaintiff's failure to exhaust administrative remedies.

SO ORDERED this the  3rd  day of June, 2009.

                                                                   s/ David Bramlette
                                                                   UNITED STATES DISTRICT JUDGE